**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SEKIGUCHI CO., LTD.,

    Plaintiff,

    v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-7420

Judge John Robert Blakey

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A, with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

| NO. | DEFENDANT |
|---|---|
| 35 | happytradehouse |
| 305 | sexy love 123 |
| 252 | Loong |
| 422 | MagicFur Store |
| 245 | littleworld |
| 38 | honestydeals |
| 103 | Bizriver Retails |
| 483 | guangdongaotediantiyouxiangongsi |
| 26 | dean5218 |
| 27 | deielchan.sports |
| 31 | fy-us |
| 42 | king-chan |
| 55 | phoenix-wo |

| | |
|---|---|
| 68 | yibei1505 |
| 70 | zzp.128 |
| 108 | Brilliant International Trading Company |
| 267 | Meng Na International Trading Company |
| 412 | Zhou Yifei International Trade Coporation |
| 474 | Fashion Damon House |
| 317 | sneaker bug |
| 46 | lkloveyt-zirio |
| 45 | lazycorner |
| 244 | lipingsu |
| 391 | yanlingxiaodian |
| 396 | yjili |
| 279 | orchid de dian |
| 278 | openxixi |
| 32 | girlspring88 |
| 59 | shuai.hk |
| 61 | sunshinegirl678 |
| 23 | buy_clothing |
| 326 | Sweet Home Z |
| 448 | Bingrong Chen |
| 298 | rrshuyao |
| 472 | Fang Hong |
| 12 | YIWU RICHER FASHION COMPANY LIMITED |
| 494 | Jermahightech |
| 525 | MUSTFASHION |
| 295 | Radheka |
| 234 | La Traviata |
| 212 | In love folly |
| 116 | Cassiopeiabb |
| 281 | OscarPa |

| | |
|---|---|
| 138 | Destiny freedom |
| 141 | Dilemma |
| 302 | sea-maid |
| 333 | Talk |
| 324 | Sunflowerss |
| 615 | Eyes in the night sky |
| 280 | Orchidss |
| 128 | COCNINE |
| 400 | Yukine |
| 227 | Kimberlyye |
| 616 | Mo Maek |
| 362 | we love liu |
| 82 | AOA Vivian |
| 211 | Immortals1 |
| 101 | Bit by bit |
| 299 | rzemety |
| 135 | Dade and Mome |
| 107 | Boper zhang |
| 117 | caxey_250lliy |
| 338 | Teng Luo |
| 178 | grace good |
| 198 | hodgepodge tee |
| 105 | boby2 liy202 |
| 89 | Ba La Bala ba |
| 185 | Harvey |
| 345 | Thousands Of |
| 357 | Vincent_Store |
| 96 | Be With You forever |
| 94 | Banquet |
| 300 | rzwwom |

| | |
|---|---|
| 294 | Rabbit tobie |
| 371 | Word Window |
| 609 | wertyu999999 |
| 195 | HEXIAOFENG |
| 254 | luckygirl0719@163.com |
| 488 | HHURONG |

DATED:  December 20, 2018               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 20, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.