IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEKIGUCHI CO., LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-7420

Judge John Robert Blakey

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A, with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

| NO. | DEFENDANT |
|---|---|
| 115 | CarYoo |
| 388 | Yakube |
| 225 | Kaleele |
| 466 | doublecloud |
| 546 | rainie_yangyy |
| 568 | TER MALL |
| 335 | Taobing |
| 489 | high quality2016 |
| 503 | kestore2018 |
| 513 | luofashion |
| 564 | sunnysea2018 |
| 528 | new fashion 1992 |
| 169 | freebird |

| 39  | jiaoyang_889 |
|-----|--------------|
| 40  | jiaoyang_988 |
| 199 | home_garden |
| 446 | Beauty_inside |
| 571 | Try_Everything |
| 574 | VR Shopping |
| 166 | fashion_store |
| 397 | yonxiangfuzhuang2017 |
| 144 | Do not allow time to stay on the road of life |
| 379 | Xiao Yang shoes store |
| 312 | Shopping&Sharing |
| 557 | Simple_style |
| 313 | shoujibuanfen |
| 175 | ghostlady |
| 259 | malifu |
| 221 | jquuziiiman |
| 118 | chaoliuqianxianza |
| 416 | zhulilil |
| 413 | zhouguangnan |
| 354 | uuwywiaq |
| 181 | gudechaoliupu |
| 197 | hismehaoran |
| 210 | iiuwiiziiaq |
| 229 | kkuwioozv |
| 263 | Mayshowshow |
| 418 | zizhixiaoduantui |
| 409 | zhekoudian |
| 336 | taosehuayuan |
| 241 | lingdangzhshi |
| 323 | SundaymechanismKeyring |

| 202 | HuaBaoxuanhandicraftshop |
|---|---|
| 143 | dingxu's store |
| 98 | beauties |
| 90 | BABYSEE |
| 277 | New Lucky |
| 411 | zhongguodenju |
| 242 | lingfeicuikaiG |
| 356 | Vampire Store |
| 209 | I have been in the construction of life |
| 567 | Sunshine754 |
| 384 | XMB mobile experience store |
| 580 | WGUIEDN |
| 88 | Autumn2014 |
| 311 | shijingyanshh |
| 172 | GangGangFa |
| 157 | Eshopstreet |
| 405 | zenghuiqin |
| 320 | SPRING-NAN |
| 419 | ztl |
| 372 | wowtara |
| 373 | wpzc1213 |
| 171 | Funbase |
| 614 | chen886 |
| 331 | tailekejiyouxiangongsi |
| 364 | weiqishopping |
| 246 | liucaiyun |
| 318 | song1018 |
| 104 | BlingPiercing |
| 361 | wangsky |
| 13 | 13limei |

| | |
|---|---|
| 33 | gocisco |
| 24 | chencom1355 |
| 53 | mwf001 |
| 480 | gethere |
| 482 | goodzero |
| 504 | Kids' Clothing Center |
| 553 | Shiningteam |
| 469 | EagleDeal |
| 467 | dreambuy |
| 477 | funshoppinghere |
| 581 | Wimall |
| 475 | fromoneto |
| 481 | globalbuying |
| 77 | Alolife |
| 470 | Excellence Trading |
| 450 | Brown Limited |
| 124 | Cinderella castle |
| 76 | Alifance |
| 75 | Ajmal |
| 131 | Connecting |

DATED:  December 30, 2018

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 30, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt, Esq.