## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SEKIGUCHI CO., LTD.,

      Plaintiff,                            Case No.:  1:18-cv-7420

      v.                                   Judge John Robert Blakey

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Maria Valdez
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 9, 2019 [40], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 139 | Devil AKUMA |
| 257 | make lavender |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: May 28, 2019

Respectfully submitted,

Yi Bu

Yi Bu (Bar No. 6328713)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yi Bu, on this 28 th day of May, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

Ollie B. Jones

Notary Public

State of Illinois
County of Cook

2